UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KEVIN LYNN TERRY,<br><br>　　　　　Defendant. | CASE NO. CR07-5645BHS<br><br>ORDER DENYING DEFENDANT'S MOTION FOR BILL OF PARTICULARS |

　　　This matter comes before the Court on Defendant's Motion For Bill of Particulars (Dkt. 14). The Court has considered the pleadings filed in support of and opposition to the motion and the remainder of the file herein.  The Court finds that the indictment sufficiently apprises Defendant of the charges he is facing.  It is therefore **ORDERED** that Defendant's Motion For Bill of Particulars (Dkt. 14) is hereby **DENIED.**

　　　DATED this 22nd day of October, 2007.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER